THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC INTER-MOUNTAIN DISTRIBUTION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN VERMILLION, individually and the marital community composed of JOHN VERMILLION and DEBRA VERMILLION, VERMILLION'S ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC. d/b/a ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-01435 RSL<br><br>**STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

## **STIPULATION**

COMES NOW Defendants John Vermillion, individually and the marital community composed of John Vermillion and Debra Vermillion, Vermillion's Environmental Products & Applications, Inc., dba Environmental Products & Applications, Inc. ("Defendants"), and Plaintiff Pacific Inter-Mountain Distribution, LLC ("Plaintiff"), by and through their respective counsel, to stipulate that Pamela Andrews of Andrews Skinner P.S. hereby

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – Page 1 (No. 2:17-cv-01435 RSL)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

withdraws and Steven W. Fogg and Blake Marks-Dias of Corr Cronin Michelson Baumgardner Fogg & Moore LLP ("Corr Cronin") hereby substitute as counsel for Defendants. Any and all further pleadings and notices of any nature whatsoever, except original process, should be served upon the undersigned counsel at Corr Cronin at the address below stated.

DATED this 29th day of December, 2017.

*s/ Pamela Andrews (per email authorization)*
Pamela M. Andrews, WSBA No. 14248

ANDREWS SKINNER P.S.
645 Elliott Avenue West, Suite 350
Seattle, Washington 98119-3911
(206) 223-9248 Phone
Pamela.andrews@andrews-skinner.com

*Withdrawing Attorneys for Defendants*

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
sfogg@corrcronin.com

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
bmarksdias@corrcronin.com

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
*Substituting Attorneys for Defendants*

*s/ Lisa Marchese (by email authorization)*
Lisa Marchese, WSBA No. 18396
Nathan Rouse, WSBA No. 46433
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Phone: (206) 757-8335
lisamarchese@dwt.com
nathanrouse@dwt.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – Page 2 (No. 2:17-cv-01435 RSL)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

APPROVED AND SO ORDERED this 1st day of December, 2017.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Pamela Andrews (per email authorization)*
Pamela M. Andrews, WSBA No. 14248

ANDREWS SKINNER P.S.
645 Elliott Avenue West, Suite 350
Seattle, Washington 98119-3911
(206) 223-9248 Phone
Pamela.andrews@andrews-skinner.com

*Withdrawing Attorneys for Defendants*

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
sfogg@corrcronin.com

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
bmarksdias@corrcronin.com

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
*Substituting Attorneys for Defendants*

*s/ Lisa Marchese (by email authorization)*
Lisa Marchese, WSBA No. 18396
Nathan Rouse, WSBA No. 46433
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Phone: (206) 757-8335
lisamarchese@dwt.com
nathanrouse@dwt.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – Page 3 (No. 2:17-cv-01435 RSL)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900