THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC INTER-MOUNTAIN DISTRIBUTION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN VERMILLION, individually and the marital community composed of JOHN VERMILLION and DEBRA VERMILLION, VERMILLION'S ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC. d/b/a ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-01435 RSL<br><br>**STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER FOR EXTENSION OF TIME TO EXTEND DISCOVERY & MOTION DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**December 1, 2017** |

## STIPULATION

COMES NOW Plaintiff Pacific Inter-Mountain Distribution, LLC ("Plaintiff") and Defendants John Vermillion, Debra Vermillion, Vermillion's Environmental Products & Applications, Inc. ("Defendants"), by and through their respective counsel, to stipulate and request the Court's November 11, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement be adjusted as follows:

STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER FOR
EXTENSION OF TIME TO EXTEND DISCOVERY &
MOTION DEADLINES – Page 1 (Case No. 2:17-cv-01435 RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| Deadline | Prior Date | Requested Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 11/29/2017 | 12/13/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/06/2017 | 12/20/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | 12/13/2017 | 12/27/2017 |

As grounds for this motion, the parties state:

1. No prior request for continuance has been made in this case.

2. Plaintiff commenced this litigation by filing a Complaint for (1) Breach of Contract, (2) Tortious Interference with Business Expectancy; and (3) Fraud, in the United States District Court, Western District of Washington, at Tacoma, on September 21, 2017. *See* DKT 1.

3. The undersigned counsel for Defendants appeared as substitute counsel on November 20, 2017 and requires additional time to prepare the Rule 26 Conference and review the claims and defenses.

4. Plaintiff agrees with this request, and the parties believe with the upcoming holiday season an extension of time is reasonable under the circumstances.

Accordingly, the parties respectfully stipulate and request that the Court grant the parties an extension of time for FRCP 26 deadlines set by this Court.

Stipulated and agreed to this 1st day of December, 2017.

*s/ Blake Marks-Dias*
Steven W. Fogg, WSBA No. 23528
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051

*s/ Lisa M. Marchese*
Lisa M. Marchese, WSBA No. 18396
Nathan W. Rouse, WSBA No. 46433
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150 Phone

STIPULATED MOTION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO EXTEND DISCOVERY & MOTION DEADLINES – Page 2 (Case No. 2:17-cv-01435 RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
bmarksdias@corrcronin.com

(206) 757-7700 Fax
lisamarchese@dwt.com
nathanrouse@dwt.com

*Attorneys for Defendants John Vermillion, Debra Vermillion, and Vermillion's Environmental Products & Applications, Inc.*

*Attorneys for Plaintiff Pacific Inter-Mountain Distribution, LLC*

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties, the Court GRANTS the relief requested. The following deadlines are adjusted by two weeks:

| Deadline | Prior Date | Requested Date |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 11/29/2017 | 12/13/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/06/2017 | 12/20/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | 12/13/2017 | 12/27/2017 |

DATED this 6th day of December, 2017.

_____
HONORABLE ROBERT S. LASNIK
Senior United States District Judge

Presented by:

*s/ Blake Marks-Dias*
Steven W. Fogg, WSBA No. 23528
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900

*s/ Lisa M. Marchese*
Lisa M. Marchese, WSBA No. 18396
Nathan W. Rouse, WSBA No. 46433
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045

STIPULATED MOTION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO EXTEND DISCOVERY & MOTION DEADLINES – Page 3 (Case No. 2:17-cv-01435 RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Seattle, Washington 98154-1051<br>(206) 625-8600 Phone<br>(206) 625-0900 Fax<br>sfogg@corrcronin.com<br>bmarksdias@corrcronin.com | (206) 622-3150 Phone<br>(206) 757-7700 Fax<br>lisamarchese@dwt.com<br>nathanrouse@dwt.com |
| *Attorneys for Defendants John Vermillion, Debra Vermillion, and Vermillion's Environmental Products & Applications, Inc.* | *Attorneys for Plaintiff Pacific Inter-Mountain Distribution, LLC* |

STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER FOR EXTENSION OF TIME TO EXTEND DISCOVERY & MOTION DEADLINES – Page 4 (Case No. 2:17-cv-01435 RSL)

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900